**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

---------------------------------------------------------------- x

PHYLLIS HAMPTON, on behalf of herself   :   Case no. 1:25-cv-3160
and all others similarly situated,   :

                     :

        Plaintiffs,   :

                     :   **NOTICE OF VOLUNTARY**
     v.                 **DISMISSAL WITH**
                        **PREJUDICE**

Povison USA, Inc.,   :

        Defendant.   :

                     :

                     :

                     :

                     :

                     :

---------------------------------------------------------------- x

    **PLEASE TAKE NOTICE,** that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

    Dated: June 12, 2025

                                  EQUAL ACCESS LAW GROUP, PLLC
                                  *Attorneys for Plaintiff*

                                  **/s/ David B. Reyes**

                                  By: David B. Reyes, Esq.

                                  68-29 Main Street,

                                  Flushing, NY 11367

                                  Tel: (630)-478-0856

                                  Email: Dreyes@ealg.law